1
2
3
4
5
6

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHRISTINA KELLY, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | NO. _____ |
| | ) | |
| v. | ) | NOTICE OF REMOVAL OF CIVIL |
| | ) | ACTION PURSUANT TO 28 U.S.C. § 1441 |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, a foreign insurer, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:       Clerk of the Court
AND TO:   Plaintiff
AND TO:   Regina M. McCrea, Attorney for Plaintiff

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Hartford Life and Accident Insurance Company, ("Defendant") hereby removes the Kootenai County action described below to the United States District Court for the District of Idaho. In support thereof, Defendant states as follows:

1.   Pursuant to 28 U.S.C. §§1441 and 1446, Defendant Hartford Life and Accident Insurance Company, ("Hartford" or "Defendant") hereby gives notice of the removal of this

NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441 - 1
[            ]
#726322 v1 / 42993-025

action from the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, where it bears Docket No. CV 09-7881.

2.   On or about September 24, 2009, Plaintiff Christina Kelly ("Kelly" or "Plaintiff"), filed a Complaint in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai. A copy of the Complaint is attached to the Certificate of Attorney as Exhibit A.

3.   In the Complaint, Kelly seeks damages for breach of contract, breach of good faith and fair dealing, Consumer Protection Act violations and deceptive business practices, in an amount to be proven at trial, but in excess of the jurisdictional amount, along with attorney fees. (See Complaint, Prayer for Relief, ¶ 1)

4.   The parties to this action are Plaintiff Christine Kelly, who is a citizen of the State of Idaho, and Defendant Hartford, which is a Connecticut corporation with its principal place of business in Connecticut. (Complaint ¶¶ 1.1 and 1.2)

5.   Plaintiff's complaint was served on Hartford on September 28, 2009, and this notice of removal is filed within thirty (30) days of such service in accordance with the provisions of 28 USC § 1446.

6.   Removal is based on the original jurisdiction of this Court under 28 U.S.C. § 1332 as follows:

(a)   There is complete diversity of the citizenship of the parties because Plaintiff is a citizen of the State of Idaho and Defendant is a citizen of a state other than Idaho; and

NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441 - 2
[      ]
#726322 v1 / 42993-025

(b) Defendant has a good faith belief that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332, and removal of the action to this Court is proper pursuant to 28 U.S.C. §1441(b).

8. Defendant is paying the proper filing fee in connection with the removal of this case.

DATED this 13th day of October, 2009.

KARR TUTTLE CAMPBELL

By _____
Steven D. Robinson, ISB No. 3476
Email: sdrobinson@karrtuttle.com
Attorneys for Defendant
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
Phone: (206) 223-1313
Fax: (206) 682-7100

NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441 - 3
[        ]
#726322 v1 / 42993-025

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that on \_\_\_10\\13\\09\_\_\_, I caused this document to be served via Facsimile and US Mail to the persons listed below:

Regina M. McCrea
Owens & Crandall, PLLC
1859 N. Lakewood Drive, Suite 104
Coeur d'Alene, Idaho  83814
Attorneys for Plaintiff

KARR TUTTLE CAMPBELL

By: _____
Lisa M. White

NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441 - 4
[          ]
#726322 v1 / 42993-025