Steven D. Robinson, ISB #3476
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington  98101-3028
Phone:  (206) 223-1313
Fax:  (206) 682-7100
Email:  sdrobinson@karrtuttle.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINA KELLY, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARTFORD LIFE AND ACCIDENT ) <br> INSURANCE COMPANY, a foreign insurer, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  09-519 LMW <br><br> DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Defendant Hartford Life and Accident Company ("Hartford"), pursuant to FRCP 56(b), moves for partial summary judgment on the grounds that there is no genuine issue as to any material fact regarding Plaintiff's second and third Causes of Action entitled "Breach of Good Faith and Fair Dealing" and "Consumer Protection Act Violations and Deceptive Business Practices" and that Hartford is entitled to dismissal of those claims as a matter of law.

This motion is based upon the documents and pleadings on file herein and the following:

1. Declaration of Steven D. Robinson in Support of Defendant's Motion for Partial Summary Judgment and attachments thereto;

DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1
#767505 v1 / 42993-025

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

2. Declaration of John Howard, MD, and attachments thereto;

3. Declaration of Laurie Tubbs in Support of Defendant's Motion for Partial Summary Judgment and attachments thereto; and

4. Memorandum in Support of Defendant's Motion for Partial Summary Judgment, all filed contemporaneously with this motion.

Partial summary judgment in favor of Hartford is proper in this instance because there is no private right of action under Idaho law under the Consumer Protection Act or under Idaho Code §§ 41-1329 and 41-1302. Similarly, Plaintiff's claim for breach of the duty of good faith fails as a matter of law because (a) Plaintiff cannot meet her burden of proof on extra contractual damages; and (2) Plaintiff's claim for insurance benefits was fairly debatable.

Respectfully submitted this 3rd day of September, 2010.

KARR TUTTLE CAMPBELL

By  /s/ Steven C. Robinson
Steven D. Robinson, ISB No. 3476
Email: sdrobinson@karrtuttle.com
Attorneys for Defendant Hartford
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington  98101-3028
Phone: (206) 223-1313
Fax: (206) 682-7100

DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2
#767505 v1 / 42993-025

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on September 3, 2010, I electronically filed the foregoing with the Clerk of the Courting using the CM/ECF system which will send notification of such filing to the persons listed below:

Regina M. McRea
Owens & Crandall, PLLC
8569 N. Wayne Drive, Suite A
Hayden, Idaho  83835
regina@cdalawyer.com

Attorney for Plaintiffs

KARR TUTTLE CAMPBELL

By: /s/ Steven D. Robinson
Steven D. Robinson, ISB No. 3476

DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3
#767505 v1 / 42993-025

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100