1  R. BRUCE OWENS, ISB #3315
   REGINA M. MCCREA, ISB # 6845
2  OWENS & CRANDALL
   8596 N. Wayne Drive, Suite A
3  Hayden, Idaho 83835
   Telephone: (208) 667-8989
4  Facsimile: (208) 667-1939
   E-mail: regina@cdalawyer.com
5  Attorneys for Plaintiff

6            IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF IDAHO
7

8  CHRISTINA KELLY, an individual,

            Plaintiff,                          Case No. CIV 09-519-N-BLW

9  v.

10 HARTFORD LIFE AND ACCIDENT                   PLAINTIFF'S MOTION TO AMEND
   INSURANCE COMPANY, a foreign insurer,        COMPLAINT TO INCLUDE A CLAIM
11                                               FOR PUNITIVE DAMAGES

            Defendant.
12

13         COMES NOW, the Plaintiff, by and through the undersigned counsel and

14 pursuant to Idaho Code § 6-1604, and moves the court for an order granting Plaintiff

15 leave to amend her Complaint to include a claim for punitive damages.

16         This motion is based on the Declaration of Regina M. McCrea, the Affidavit of

17 Buddy "Irving" Paul, and the Memorandum in Support, all of which are submitted

18 herewith, and the records and files herein.

19         Dated this 17th day of September, 2010.

20

21                              OWENS & CRANDALL, PLLC

                                  s/Regina M. McCrea
22                                REGINA M. MCCREA, ISB #6845

23 PLAINTIFF'S MOTION TO AMEND
   COMPLAINT TO INCLUDE A CLAIM
   FOR PUNITIVE DAMAGES   - 1

Attorneys for Plaintiff
Owens & Crandall, PLLC
8596 N. Wayne Drive, Suite A
Hayden, Idaho 83835
Telephone: (208) 667-8989
Facsimile: (208) 667-1939
E-mail: regina@cdalawyer.com

## CERTIFICATE OF TRANSMITTAL

I hereby certify that a true and correct copy of the foregoing was, on the 17th day of September 2010, sent electronically to the following:

Steven D. Robinson ..................................................................sdrobinson@karrtuttle.com
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101-3028

          s/Regina M. McCrea
of Owens & Crandall, PLLC

PLAINTIFF'S MOTION TO AMEND
COMPLAINT TO INCLUDE A CLAIM
FOR PUNITIVE DAMAGES   - 2