The Honorable B. Lynn Winmill

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINA KELLY, an individual, ) | |
| ) | |
| Plaintiff, ) | NO. 09-519 LMW |
| ) | |
| v. ) | NOTICE OF DISMISSAL |
| ) | WITH PREJUDICE |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, a foreign insurer, ) | |
| ) | |
| Defendant. ) | |

TO:   Hon. B. Lynn Winmill, Chief Judge, United States District Court

AND TO:   Clerk of Court, District of Idaho

The parties in the above-captioned matter have entered into an agreement pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(ii) to dismiss all of the parties' claims and causes of action in above-captioned action with prejudice, and without any award of costs and/or attorney's fees.

The parties hereby expressly stipulate, through their counsel of record in this matter, that each party shall bear its own attorney's fees and costs associated with the above-captioned action.

NOTICE OF DISMISSAL
WITH PREJUDICE - 1
NO.  09-519 LMW
#772453 v1 / 30488-001

The parties hereby mutually request that the Court enter an Order of Dismissal With Prejudice and Without Costs and Attorney's Fees.

DATED this 18th day of October, 2010.

        s/ Regina M. McCrea
        Idaho State Bar #6845
        Owens & Crandall, PLLC
        Attorneys for Plaintiff Kelly
        8569 N. Wayne Drive, Suite A
        Hayden, ID  83835
        Telephone: (208) 667-8989
        Facsimile: (208) 667-1939
        E: mail: Regina.McCrea@cdalawyer.com

        s/ Steven D. Robinson
        Idaho State Bar #3476
        Karr Tuttle Campbell
        Attorneys for Defendant Hartford
        1201 Third Avenue, Suite 2900
        Seattle, WA  98101
        Phone: (206) 223-1313
        Fax: (206) 682-7100
        E-mail: sdrobinson@karrtuttle.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Regina M. McRea
Owens & Crandall, PLLC
8569 N. Wayne Drive, Suite A
Hayden, Idaho  83835
regina@cdalawyer.com
Attorney for Plaintiffs

KARR TUTTLE CAMPBELL

By:   /s/ Steven D. Robinson
      Steven D. Robinson

NOTICE OF DISMISSAL
WITH PREJUDICE - 3
NO.  09-519 LMW
#772453 v1 / 30488-001