UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINA KELLY,<br><br>       Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign insurer,<br><br>       Defendant. | Case No. 2:09-CV-519-BLW<br><br>**ORDER** |

    The Court has before it the Parties' Notice of Dismissal with Prejudice (Dkt. 43). Good cause appearing,

    NOW THEREFORE IT IS HEREBY ORDERED that the Notice of Dismissal with Prejudice (Dkt. 43) is GRANTED and that this case be DISMISSED WITH PREJUDICE, with each party bearing its own fees and costs.

    IT IS FURTHER ORDERED that the Court will enter a separate judgment in accordance with Fed. R. Civ. P. 58.

DATED: **October 28, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1