UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINA KELLY,<br><br>             Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign insurer,<br><br>             Defendant. | Case No. 2:09-CV-519-BLW<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED ADJUDGED and DECREED that this case be DISMISSED WITH PREJUDICE in its entirety.

DATED:  **October 28, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge

**JUDGMENT - 1**